# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Reilly Construction, Inc. ) | ASBCA No. 62150 |
| ) | |
| Under Contract No. W912BU-13-D-0006 ) | |

APPEARANCE FOR THE APPELLANT:  Lane F. Kelman, Esq.
　　　　　　　　　　　　　　　　Cohen Seglias Pallas Greenhall & Furman PC
　　　　　　　　　　　　　　　　Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
　　　　　　　　　　　　　　　　　Engineer Chief Trial Attorney
　　　　　　　　　　　　　　　　　Maria E. Kolokithias, Esq.
　　　　　　　　　　　　　　　　　Engineer Trial Attorney
　　　　　　　　　　　　　　　　　U.S. Army Engineer District, Philadelphia

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 23, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62150, Appeal of Reilly Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals